# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 18, 2021

## NO. 03-20-00446-CV

**Justin B. Yarborough, Appellant**

**v.**

**H.E. Smith, Ltd., Appellee**

---

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH**
**DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE SMITH**

---

This is an appeal from the judgment signed by the trial court on August 7, 2020. The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.